**FILED**

August 13, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )       Case No. 2:10-CR-0327-MCE-7
        Plaintiff,              )
                                )       ORDER FOR RELEASE OF
v.                              )       PERSON IN CUSTODY
                                )
JOHN PIERRE QUINTANA ,          )
                                )
        Defendant.              )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JOHN PIERRE QUINTANA</u>, Case No. <u>2:10-</u>

<u>CR-0327-MCE-7</u>, Charge <u>Title 18 USC § 1341</u>, from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

        __      Release on Personal Recognizance

        ✔       Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

            ✔       Unsecured Appearance Bond

            __      Appearance Bond with 10% Deposit

            __      Appearance Bond with Surety

            __      Corporate Surety Bail Bond

            ✔       (Other)         <u>With pretrial services and conditions of release as</u>

                                <u>stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 13, 2010</u> at <u>3 : 05</u> pm .

By _____

        Dale A. Drozd
        United States Magistrate Judge