**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**655 University Ave., Suite 215**
**Sacramento, CA  95825**
**Telephone:    (916) 974-3500**
**Facsimile:    (916) 927-2009**

**Attorneys for John Pierre Quintana**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>AKBAR BHAMANI,<br>ZAIN BHAMANI,<br>KEN SARNA,<br>ALY BHAMANI,<br>FEROZA BHAMANI,<br>LAILA BHAMANI,<br>JOHN PIERRE QUINTANA,<br>　aka J.P. Quintana, and<br>SHAUN BHAMANI,<br>　　　　　　　Defendants | CASE NO. 2:10-CR-00327-MCE<br><br><br><br>**ORDER CONTINUING STATUS**<br>**CONFERENCE AND EXCLUDING TIME** |

　　　Based upon the Stipulation of the parties filed in this matter, the Court finds that:

　　　This case is unusual and complex such that it is unreasonable to expect adequate preparation for pretrial proceedings, or for a potential trial within the time limits established by the Speedy Trial Act.

///

///

-1-

**USA v. BHAMANI, et al.**　　　　　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 2:10-CR-00327-MCE**

PDF created with pdfFactory trial version www.pdffactory.com

The ends of justice are served by the Court excluding such time, so that each defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18U.S.C. § 3161(h)(7)(B)(iv).

The Court finds that each defendant agrees that his or her counsel needs time to review the discovery, investigate the facts underlying this case so that counsel can adequate advise their respective clients on the appropriate course of action to take in the defense of the charges alleged in the indictment.

Accordingly, the court finds that time be excluded under the Speedy Trial Act from the date of the originally set status conference, October 14, 2010, through the date of the status conference set for December 2, 2010, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(ii) and (iv) [complexity and reasonable time to prepare] (Local Codes T2 and T4).

Dated:  September 22, 2010

DONALD H. HELLER,
A Law Corporation

/S/_____
DONALD H. HELLER
Attorneys for John Pierre Quintana

IT IS SO ORDERED.

DATED: October 4, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com