LAW OFFICES OF RICHARD PACHTER
Richard Pachter (SBN 120069)
980 9TH Street, Suite 1600
Sacramento, CA  95814
Telephone: (916) 485-1617
Facsimile:  (916) 244-0529
richard@pachterlaw.com   (e-mail)

Attorney for Defendant JOHN PIERRE QUINTANA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOHN PIERRE QUINTANA<br><br>            Defendant. | Case No. 2:10-CR-0327 MCE<br><br>WAIVER OF APPEARANCE<br><br>DATE:  N/A<br>TIME:   N/A<br>Courtroom:  Honorable Morrison C. England Jr. |

     PLEASE TAKE NOTICE THAT Defendant John Pierre Quintana hereby waives the right to be present in open Court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

     Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in Court ready for trial on any day which the Court may fix in his absence.

| | |
|---|---|
| Dated: April 4, 2011 | By: /s/John Pierre Quintana |

Dated: April 4, 2011

By: /s/ Richard Pachter
     RICHARD PACHTER
Attorney for Defendant JOHN PIERRE QUINTANA

**IT IS ORDERED.**

**Date:** 4/14/2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE