LAW OFFICES OF RICHARD PACHTER
Richard Pachter (SBN 120069)
400 Capitol Mall, Suite 1610
Sacramento, CA  95814
Telephone: (916) 485-1617
Facsimile:  (916) 244-0529
richard@pachterlaw.com  (e-mail)

Attorney for Defendant JOHN PIERRE QUINTANA


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-327 TLN |
| Plaintiff, | STIPULATION AND ORDER FOR RETURN OF PASSPORT AND EXONERATION OF UNSECURED APPEARANCE BOND |
| v. | |
| JOHN PIERRE QUINTANA, et. al. | |
| Defendants. | |

WHEREAS, on or about August 16, 2010, a $50,000 unsecured appearance bond was filed on behalf of John Pierre Quintana in the above captioned case.  The unsecured appearance bond was signed by defendant John Pierre Quintana and co-signed by Eliane Quintana.

WHEREAS, on or about August 17, 2010, John Pierre Quintana's United States Passport was received as collateral by the Clerk of the Court and continues to be in the possession of the Clerk of the Court;

WHEREAS, the indictment has been dismissed against John Pierre Quintana;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America and defendant John Pierre Quintana, through their respective attorneys, that,

STIPULATION AND ORDER FOR RETURN OF PASSPORT AND EXONERATION OF  UNSECURED APPEARANCE BOND

1  defendant's attorney Richard Pachter can pick up defendant's passport from the Clerk of the

2  Court.

3        IT IS FURTHER STIPULATED AND AGREED that the $50,000 unsecured

4  appearance bond as to John Pierre Quintana should be exonerated in the above-caption

5

6  case.

7

8

9  Dated:  October 2, 2013                    BENJAMIN B. WAGNER
                                             UNITED STATES ATTORNEY

10

11                                           By:/s/Steven Lapham
                                                STEVEN LAPHAM
12                                              Assistant U. S. Attorney
                                                (per email authorization)

13

14

15  Dated:  October 2, 2013

16

17                                           /s/ Richard Pachter
                                               RICHARD PACHTER
18                                           Attorney for Defendant JOHN PIERRE
                                             QUINTANA
19

20                                      **ORDER**

21        This matter having come before me pursuant to the stipulation of the parties and

22  good cause appearing therefore:

23        IT IS ORDERED THAT: Mr. Quintana's passport will be provided to his

24  attorney, Richard Pachter.

25        IT IS FURTHER ORDERED THAT: the $50,000 unsecured appearance bond

26  signed by John Pierre Quintana and co-signed by Eliane Quintana, is hereby

27  exonerated in the above-captioned case.

28

Dated: October 2nd, 2013

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER FOR RETURN OF PASSPORT AND EXONERATION OF  UNSECURED APPEARANCE BOND